# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

          vs.

Jesus Arreola (1),

                              Defendant.

Case No. 16cr243-MMA

JUDGMENT OF DISMISSAL

FILED

MAR 0 3 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, with prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii)(v)(I)(a)(1)(B)(i)

Dated:   3/2/2017

Hon. Jan M. Adler
United States Magistrate  Judge